IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 97-cv-00932-CMA

AMERICAN REGISTRY OF RADIOLOGIC TECHNOLOGISTS, a Minnesota corporation,

    Plaintiff,

v.

ANGELO J. JOHNSON, a/k/a Deangela J. Johnson,

    Defendant.

---

**ORDER DENYING MOTION FOR ATTORNEYS' FEES WITHOUT PREJUDICE**

---

This matter is before the Court on Plaintiff American Registry of Radiologic Technologists' Motion for Attorneys' Fees, Costs, and Expenses. (Doc. # 35.) For the following reasons, the Motion is denied without prejudice.

## I.    ANALYSIS

On December 11, 2019, this Court held a hearing on Plaintiff's Motion for Contempt. At the hearing, the Court considered whether Defendant should be held in contempt for violating a 1997 Order that prohibited him from representing to employers that he is or ever has been registered with, licensed, or accredited by Plaintiff's organization. *See* (Doc. # 34).

Defendant admitted that he had falsely represented that he was associated with Plaintiff's organization. However, he stated that he was no longer seeking employment

in a capacity that would require accreditation by the organization and that he would refrain from making similar false claims in the future. He also stated that he was unemployed and struggling financially.

As a result, the Court determined that Plaintiff was entitled to non-monetary relief including the right to notify state regulators of Defendant's conduct. The Court also directed Defendant to destroy any materials that may infringe upon Plaintiff's trademarks. However, with respect to monetary relief, the Court indicated:

> because of his position with no employment . . . the Court is not going to order a fine or penalty at this point, but I will warn you, Mr. Johnson, that if the plaintiff comes back before this Court showing that you have continued to violate, I will hit you harder the next time.

*See* (Doc. # 34).

The same reasoning applies to Plaintiff's request for attorneys' fees. Plaintiff may renew its Motion in the event Defendant violates its trademarks in the future. However, in light of the difficulties facing individuals due to the ongoing COVID-19 crisis, the Court finds that an award of attorneys' fees would be unduly burdensome due to Defendant's lack of employment and financial hardship. *See Tranzact Techs., Inc. v. 1Source Worldsite*, 406 F.3d 851, 855 (7th Cir. 2005) ("attorney's fees may be awarded in contempt proceedings at the court's discretion."); *accord Lundahl v. Halabi*, 600 F. App'x 596, 608 (10th Cir. 2014).

## II.      CONCLUSION

Based on the foregoing, the Court ORDERS that Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses (Doc. # 35) is DENIED WITHOUT PREJUDICE. It is

2

FURTHER ORDERED that Plaintiff may renew its Motion if Defendant violates its trademarks in the future. The Court would also consider additional monetary sanctions at that time, as the Court indicated at the December 11 hearing.

DATED: April 10, 2020

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge